IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA NICKS,<br><br>         Plaintiff,<br><br>   v.<br><br>CENTRAL CONTRA COSTA TRANSIT AUTHORITY,<br><br>         Defendant.<br>_____/ | No. C 07-04146 CRB<br><br>**JUDGMENT** |

    The Court having granted Defendant's motion to dismiss, judgment is hereby entered in favor of Defendant and against Plaintiff Wanda Nicks.

    **IT IS SO ORDERED.**

Dated: July 7, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4146\Judgment.wpd